**No. 55137.**—A. G. Spalding & Bros., Inc., and Tice & Lynch, Inc. *v.* United States, protests 164142–K and 161153–K (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55138.**—W. J. Byrnes & Co. of N. Y., Inc., et al. *v.* United States, protests 164506–K (C), etc. (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.